**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| PAUL VINCENT MARTINEZ, | § § § | |
| Plaintiff, | § § | |
| *versus* | § § | CIVIL ACTION NO. 9:24-CV-124 |
| OFFICER NDARU, *et al.*, | § § § | |
| Defendants. | § § | |

### MEMORANDUM ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Paul Vincent Martinez, an inmate formerly confined at the Wainwright Unit, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983 against prison officials.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends dismissing the action without prejudice based on plaintiff's failure to serve the defendants in accordance with FED. R. CIV. P. 4(m).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b).

Plaintiff objects to the report and recommendation by asserting that the ninety-day time period to serve the defendants in Rule 4 is inadequate, and he requested additional time to serve the defendants. Plaintiff was given a twenty-day extension of time to serve the defendants on January 28, 2026. Plaintiff filed nothing further since the date of the order. Despite having more than eight months to serve the defendants, plaintiff has neither shown valid proof of service as to any defendant in accordance with Rule 4(l) nor has he shown good cause for failing to serve the defendants. Accordingly, the court must dismiss the action without prejudice pursuant to Rule

4(m).  Plaintiff's objections should be overruled and the action should be dismissed pursuant to Rule 4.  In order to avoid the result of a dismissal with prejudice in this case, the dismissal will be without prejudice to plaintiff's ability to reinstate the above-styled action within thirty (30) days.

**O R D E R**

Accordingly, plaintiff's objections are **OVERRULED**.  The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**.  The dismissal of this action is without prejudice to plaintiff's ability to reinstate the above-styled action on the court's active docket by filing a motion to reinstate within thirty (30) days from the date set forth below.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 1st day of May, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE